# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

THOMAS J. SHIELDS, JR.,      )
                            )
        Plaintiff,           )
                            )
        v.                  )      Case No. 1:18CV602
                            )
SHERIFF GODFREY, et al.,     )
                            )
        Defendants,      )

## RECOMMENDATION
## OF UNITED STATES MAGISTRATE JUDGE

In this case, Plaintiff Thomas Shields, Jr., a state court prisoner, asserts various claims under 42 U.S.C. § 1983 based on incidents alleged to have occurred in July-October 2015. Defendant North Carolina Department of Public Safety, incorrectly named in the Complaint as North Carolina Department of Corrections, filed a Motion for Judgment on the Pleadings, noting that Plaintiff was a pretrial detainee and was not in NCDPS custody at the time of the incidents alleged in the Complaint. In response, Plaintiff subsequently filed a Motion for Voluntary Dismissal of Defendant NCDPS without prejudice. In that Motion for Voluntary Dismissal, Plaintiff states that he inadvertently named NCDPS as a Defendant. In the circumstances, the Court recommends that Plaintiff's Motion for Voluntary Dismissal [Doc. #28] as to NCDPS be granted, and that NCDPS be terminated as a party in this case. As a result, the prior Motion for Judgment on the Pleadings [Doc. #20] filed by NCDPS would be moot.

IT IS THEREFORE RECOMMENDED that Plaintiff's Motion for Voluntary Dismissal of Defendant North Carolina Department of Public Safety [Doc. #28] be granted, and that Plaintiff's

claims against NCDPS be dismissed without prejudice, rendering Defendant NCDPS's prior Motion for Judgment on the Pleadings [Doc. #20] moot.

This, the 26th day of July, 2019.

_____/s/ Joi Elizabeth Peake_____
United States Magistrate Judge