IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| THOMAS J. SHIELDS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) 1:18-CV-602 |
| | ) |
| SHERIFF GODFREY, et al., | ) |
| | ) |
| Defendants. | ) |

## ORDER

The Recommendation of the United States Magistrate Judge was filed in accordance with 28 U.S.C. § 636(b) and, on July 26, 2019, was served on the parties. Docs. 33, 34. No objections were filed. After consideration of the record, the Court hereby adopts the Magistrate Judge's Recommendation.

It is **ORDERED AND ADJUDGED** that the plaintiff's motion for voluntary dismissal of his claims against the defendant North Carolina Department of Public Safety, Doc. 28, is **GRANTED** and the plaintiff's claims against NCDPS are dismissed without prejudice. The defendant NCDPS' motion for judgment on the pleadings, Doc. 20, is **DENIED** as moot. The remaining motions, Docs. 37 and 38, remain pending before the Magistrate Judge.

This the 26th day of August, 2019.

_____
UNITED STATES DISTRICT JUDGE